USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/2/2019_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARAGON INSURANCE HOLDINGS, LLC,

                Petitioner,

-against-

ALLIED WORLD INSURANCE COMPANY,

                Respondent.

19 Civ. 7238 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On November 25, 2019, Allied World Insurance Company ("Allied World") filed a notice of interlocutory appeal from the Court's October 24, 2019 order. ECF No. 76. On December 2, 2019, Allied World filed a letter stating that, "[a]s a result of the appeal, . . . this Court is now divested of jurisdiction over Paragon's injunction motion." ECF No. 77 at 1.

      Allied World misstates the law. "It is well settled that an appeal from an interlocutory order granting or denying preliminary injunctive relief does not strip the district court of jurisdiction to hear the merits." *New York State Nat. Org. for Women v. Terry*, 704 F. Supp. 1247, 1255 (S.D.N.Y.), *aff'd as modified*, 886 F.2d 1339 (2d Cir. 1989) (citing *Thomas v. Board of Ed.*, 607 F.2d 1043, 1047 n.7 (2d Cir. 1979)). This Court, therefore, retains jurisdiction over Paragon Holdings LLC's motion for injunctive relief.

      Accordingly, Allied World's request for adjournment of the hearing scheduled for December 16, 2019, ECF No. 77 at 2, is DENIED.

      Allied World also requests clarification regarding the corresponding pretrial submissions deadline. Though "any request for adjournments or extensions must be made at least 48 hours prior to the scheduled appearance or deadline," Rule I.C. of the Court's Individual Practices in Civil Cases, the deadline for the Joint Pretrial Order and related materials pursuant to Rules V.C. and V.E. of the Court's Individual Practices in Civil Cases is hereby EXTENDED to **December 5, 2019**, at **12:00 p.m.**

      By **December 8, 2019**, the parties shall submit their Rule V.F. submissions.

      SO ORDERED.

Dated: December 2, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge