UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARAGON INSURANCE HOLDINGS, LLC,

                        Petitioner,

-against-

ALLIED WORLD INSURANCE COMPANY,

                        Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/5/2019_____

19 Civ. 7238 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The final pretrial conference scheduled for December 11, 2019, at 1:00 p.m. is RESCHEDULED to **December 11, 2019**, at **2:30 p.m.**

    SO ORDERED.

Dated: December 5, 2019
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge