USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/9/2019_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARAGON INSURANCE HOLDINGS, LLC,

        Petitioner,

-against-

ALLIED WORLD INSURANCE COMPANY,

        Respondent.

19 Civ. 7238 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  Having reviewed the parties' filings at ECF Nos. 81, 83, 94, and 98, it is hereby ORDERED that Paragon's motions at ECF Nos. 81 and 83 are DENIED.

  Local Rule 37.2 provides that "[n]o motion under Rules 26 through 37 inclusive of the Federal Rules of Civil Procedure shall be heard unless counsel for the moving party has first requested an informal conference with the Court by letter-motion for a pre-motion discovery conference." Local Civil Rule 37.2. Paragon's failure to request such a conference requires that its motions be denied. *See, e.g.*, *Williams v. Rosenblatt Sec. Inc.*, No. 14 Civ. 4390, 2016 WL 590232, at *3 (S.D.N.Y. Feb. 11, 2016); *Meadowbrook-Richman, Inc. v. Associated Fin. Corp.*, 253 F. Supp. 2d 666, 680 (S.D.N.Y. 2003); *Tri-Star Pictures, Inc. v. Unger*, 171 F.R.D. 94, 100 (S.D.N.Y. 1997); *see also* Rule II.C of the Court's Individual Practices in Civil Cases (requiring a telephonic or in-person meet-and-confer process and a single joint letter to the Court not exceeding six pages).

  The Clerk of Court is directed to terminate the motions at ECF Nos. 81 and 83.

  SO ORDERED.

Dated: December 9, 2019
   New York, New York

                  _____
                   ANALISA TORRES
                 United States District Judge