USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/11/2019_\_\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARAGON INSURANCE HOLDINGS, LLC,

                   Petitioner,

-against-

ALLIED WORLD INSURANCE COMPANY,

                   Respondent.

19 Civ. 7238 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The final pretrial conference scheduled for December 11, 2019, is ADJOURNED to **December 12, 2019**, at **2:30 p.m.**

    SO ORDERED.

Dated: December 11, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge