USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/13/2019_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARAGON INSURANCE HOLDINGS, LLC,

                Petitioner,

-against-

ALLIED WORLD INSURANCE COMPANY,

                Respondent.

19 Civ. 7238 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The hearing scheduled for December 16, 2019, at 3:30 p.m., is RESCHEDULED to **December 16, 2019**, at **1:30 p.m.**

    SO ORDERED.

Dated: December 13, 2019
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge